IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTS SYSTEMS CORPORATION, a Minnesota corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>HYSITRON, INCORPORATED, a Minnesota corporation,<br><br>            Defendant.<br>_____/ | No. C 06-3156 CW<br><br><u>AMENDED</u> ORDER DENYING IN PART PLAINTIFF'S MOTION TO SEAL |

   Plaintiff MTS Systems Corp. has filed a request to file under seal (Docket No. 34) portions of its Opposition to Defendant Hysitron, Inc.'s Motion to Transfer and the Declaration of David Beckwith.  In support of Plaintiff's request, Mr. Beckwith states that the information at issue contains "confidential and sensitive information regarding the sales and marketing of competing products," including "information about pricing, sales leads, marketing strategy, and product timelines."  The Court has reviewed the information at issue and agrees that good cause exists to file the Beckwith Declaration under seal.  Accordingly, the Court GRANTS Plaintiff's motion with respect to the Beckwith Declaration.

   With respect to Plaintiff's opposition memorandum, however, the Court is not convinced that the proposed sealing order is sufficiently narrowly tailored.  In particular, certain general statements or summaries of evidence relating to public marketing

1  efforts do not appear to be "confidential."  See Opp. 1:7-9; 1:13;
2  12:19-20; 4:27-5:7; 9:24-10:2; 12:19-20.  Therefore, the Court
3  DENIES without prejudice the motion to seal with respect to
4  Plaintiff's opposition.  If Defendant believes that good cause
5  exists to file under seal the portions of the memorandum noted
6  above, it may file a request to do so within three days of the date
7  of this Order, if supported by a declaration establishing that the
8  information is sealable.  The Clerk shall retain the document at
9  issue in the event Defendant makes such a showing and its request
10 is granted.  If Defendant does not show that all of the designated
11 information in Plaintiff's opposition memorandum is sealable, then
12 Plaintiff must submit a more narrowly drawn request to seal, or re-
13 draft the opposition more circumspectly.

     The Court hereby orders the Clerk to STRIKE Docket No. 50 from
the record; Plaintiff shall file in the public docket a redacted
version of its opposition in accordance with this amended order.

     IT IS SO ORDERED.

Dated: 9/1/06

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge