1  DAVID M. BECKWITH (CSB# 125130)
   McDERMOTT WILL & EMERY LLP
2  4370 La Jolla Village Drive
   Suite 700
3  San Diego, CA  92122
   Telephone:     858.643.1400
4  Facsimile:     858.597-1585
   dbeckwith@mwe.com
5
   Attorneys for Plaintiff
6  MTS SYSTEMS CORPORATION

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 MTS SYSTEMS CORPORATION, a          CASE NO.  C 06-03156 CW
   Minnesota corporation,
12
                 Plaintiff,             **RESUBMITTED AT COURT'S REQUEST**
13
         v.                             **ORDER GRANTING ADMINISTRATIVE**
14                                      **MOTION TO FILE DOCUMENTS UNDER**
   HYSITRON, INCORPORATED, a            **SEAL**
15 Minnesota corporation,

16               Defendant.
                                        **HON. CLAUDIA WILKEN**
17

18

19

20

21

22

23

24

25

26

27

28

                                                CASE NO.:  C 06-03156 CW
                                        RESUBMITTED AT COURT'S REQUEST

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE

1  Pursuant to the stipulation by the parties, and good cause appearing, IT IS HEREBY
2  ORDERED that the following documents lodged with the Court by plaintiff MTS Systems
3  Corporation ("MTS") in connection with MTS' Opposition to Hysitron's Motion to Transfer
4  Venue shall be filed under seal, pursuant to Civil L.R. 79-5:
5      1.  Plaintiff MTS Systems Corporation's Opposition To Defendant Hysitron, Inc.'s
6  Motion To Transfer;
7      MTS has filed redacted versions of this document in the public record.
8      IT IS SO ORDERED.
9  DATE: ___9/19_____, 2006
10
11          /s/ CLAUDIA WILKEN
12          _____
             The Honorable Claudia Wilken
13          United States District Judge
14
15  SDO 48850-1.073903.0047

McDermott Will & Emery LLP
Attorneys At Law
Irvine